UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF JANUARY AND FEBRUARY, 2010, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of November and December, 2009.  Counsel will be notified when their case reaches No. 5.  After such notice, counsel should be prepared to begin trial any time on **48 hours notice**.  It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket.  Unless otherwise notified, this Court commences trial at 8:45 a.m.  PLEASE BE PROMPT!

1. 08-14136 SHAKOOR V. EVANS, ET.AL
2. 08-14318 CONOCOPHILLIPS V. CONVENIENCE DEPOT, ET.AL
3. 08-14922 FIALKA-FELDMAN V. OAKLAND UNIVERSITY BOARD OF TRUSTEES
4. 08-14117 SMITH V. MICHIGAN TUBE SWAGERS & FABRICATORS
5. 09-10981 PFISTER V. CORRECTIONAL MEDICAL SERVICES, ET.AL
6. 09-11648 EDMUNDS V. BOARD OF CONTROL OF EASTERN MI. UNIVERSITY
7. 09-11366 N&W COMMODITIES V. USA
8. 09-11949 KAID V. LIBERTY MUTUAL FIRE INSURANCE CO.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  December 1, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 1, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**