UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VERNON SMITH,

    Plaintiff,

                                        Case No. 08-14117
v                                        Hon. Patrick J. Duggan

MICHIGAN TUBE SWAGERS
& FABRICATORS, INC., d/b/a
MTS SEATING,

    Defendant.

| Nicholas Roumel (P37056) | Lawrence J. DeBrincat (P43338) |
|---|---|
| Carrie Harp (P70401) | DeBrincat and Padgett |
| Attorneys for Plaintiff | Attorney for Defendant |
| 117 N. First Street, Suite 111 | 34705 W. Twelve Mile Road, Suite 311 |
| Ann Arbor, MI 48104 | Farmington Hills, MI 48331 |
| (734) 645-7507 | (248) 848-7878 |
| nick@nickroumel.com | losu1@msn.com |

_____

### STIPULATION BETWEEN PLAINTIFF AND DEFENDANT DISMISSING CASE WITH PREJUDICE

Plaintiff, Vernon Smith and Defendant, Michigan Tube Swagers & Fabricators, Inc., d/b/a MTS Seating, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.    The Plaintiffs claims are dismissed with prejudice.

Date: December 31, 2009                 /s/Lawrence J. DeBrincat
                                                  Lawrence J. DeBrincat (P43338)
                                                  DeBrincat and Padgett
                                                  Attorney for Defendants
                                                  34705 W. Twelve Mile Road, Suite 311
                                                  Farmington Hills, Michigan 48331
                                                  (248) 848-7878

Date: December 31, 2009        /s/Nicholas Roumel
                               Nicholas Roumel (P37056)
                               Carrie Harp (P70401)
                               Attorneys for Plaintiff
                               117 N. First Street, Suite 111
                               Ann Arbor, MI 48104
                               (734) 645-7507

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VERNON SMITH,
    Plaintiff,

Case No. 08-14117
v    Hon. Patrick J. Duggan

MICHIGAN TUBE SWAGERS
& FABRICATORS, INC., d/b/a
MTS SEATING,
    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulation of the parties, the Court having read and reviewed the Stipulation, and being otherwise fully advised in the premises; IT IS ORDERED:

1. The Plaintiff's claims are dismissed with prejudice.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated:  January 4, 2010January 4, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 4, 2010January 4, 2010, by electronic and/or ordinary mail.
    S/Marilyn Orem
    Case Manager


Order approved as to form and for entry:

/s/Nicholas Roumel
Nicholas Roumel (P37056)
Carrie Harp (P70401)
Attorney for Plaintiff

/s/ Lawrence J. DeBrincat
Lawrence J. DeBrincat (P43338)
Attorney for Defendant